McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SARAH LARAY SANDOVAL, <br><br> Defendant. | CASE NO. 2:18-CR-88 TLN <br><br> 18 U.S.C. § 2, 1341 - Mail Fraud (6 Counts); 18 U.S.C. § 1344(1) and (2) - Bank Fraud (7 Counts); 18 U.S.C. § 1708 - Possession Of Stolen U.S. Mail; 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (2 Counts); 18 U.S.C. § 2, 1029(a)(3) – Possession of Fifteen or More Access |

INFORMATION

COUNTS ONE THROUGH SIX:  [18 U.S.C. § 2, 1341 - Mail Fraud and Aiding and Abetting]

The United States Attorney charges:

SARAH LARAY SANDOVAL,

defendant herein, as follows:

1.  From on or about December 2016 through on or about June 2, 2017, in the State and Eastern District of California, working with persons known and unknown to the United States, defendant SANDOVAL did devise and intend to devise a material scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, and attempt such, in violation of Title 18, United States Code, Sections 2 and 1341.

2.  Pursuant to the scheme and artifice to defraud, defendant SANDOVAL, working with persons known and unknown to the United States, obtained stolen financial instruments and

identification information of others.  Referring to the stolen financial and identification information, SANDOVAL used her position as an employee of the California Department of Motor Vehicles (DMV) further to steal and to corroborate financial and identification information of others through unauthorized access to DMV records.

    3.    Pursuant to the scheme and artifice to defraud, defendant SANDOVAL, working with persons known and unknown to the United States, possessed, transferred, and used the financial and identification information of others in making false statements to merchants and financial institutions of the true identity, SSN, date of birth, address, income, and assets of herself, and SANDOVAL aided and abetted other persons, known and unknown to the United States, in making similar false financial and identification statements to merchants and federally insured financial institutions, all to get cash, goods, and services at the expense of the federally insured financial institutions.

    4.    Pursuant to the scheme and artifice to defraud, defendant SANDOVAL, working with persons known and unknown to the United States, (a) posing as others attempted to open and opened unauthorized federally insured financial accounts and line of credit accounts (access devices), and (b) using federally insured accounts in her true name and in the true name of persons, known and unknown to the United States, working with Sandoval, conducted and attempted to conduct transactions to obtain federally insured proceeds via forged, unauthorized, altered, and stolen financial instruments.

    5.    Pursuant to the scheme and artifice to defraud, defendant SANDOVAL, working with persons known and unknown to the United States, for the purpose of executing said scheme and artifice to defraud, and attempting to do so, having made false statements, knowingly caused to be delivered by mail or by private or commercial interstate carrier according to the directions thereon the following items:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| COUNT | DATE | SENDER ADDRESS | RECIPIENT ADDRESS | ITEM MAILED |
|---|---|---|---|---|
| 1 | 3/14/17 | Comenity Capital Bank<br>PO Box 183003<br>Columbus, OH | Sara W.<br>2785 Pintail Court<br>W Sacramento, CA | Comenity Capital Bank letter re account ending 9766 |
| 2 | 2/2/17 | Wells Fargo Bank<br>PO Box 5141<br>Sioux Falls, SD | Lamoin S.<br>2785 Pintail Court<br>W Sacramento, CA | WFB letter re account ending 1762 and providing a credit card and check #2229 |
| 3 | 2/20/17 | Comenity Capital Bank<br>c/o PayPal Credit<br>PO Box 5018<br>Timonium, MD | Richard S.<br>112-767<br>5050 Laguna Blvd<br>Elk Grove, CA | Comenity Capital Bank letter re account ending 2964 |
| 4 | 2/14/17 | Bank of the West<br>PO Box 4034<br>Concord, CA | Rodney O.<br>5050 Laguna Blvd<br>Suite 112-767<br>Elk Grove, CA | BOW letter re account ending 4063 and change of address |
| 5 | 2/14/17 | Bank of America<br>PO Box 15290<br>Wilmington, DE | Rodney O.<br>5050 Laguna Blvd<br>Suite 11 Unit 767<br>Elk Grove, CA | BofA letter re account ending 7317 and providing a debit card and pin number |
| 6 | 5/24/17 | Wells Fargo Bank<br>PO Box 5141<br>Sioux Falls, SD | Mark K.<br>2785 Pintail Court<br>W Sacramento, CA | WFB bank letter re account ending 4938 |

Each in violation of Title 18, United States Code, Sections 2, 1341.

<u>COUNTS SEVEN THROUGH THIRTEEN:</u>    [18 U.S.C. § 2, 1344(1)(2) – Bank Fraud and aiding and abetting]

The United States further charges:

SARAH LARAY SANDOVAL,

defendant herein, as follows:

1.      The allegations set forth in Paragraphs 2 through 4 of Counts 1 through 6 are realleged as if fully set forth herein.

2.      From on or about December 2016 through on or about June 2, 2017, and specifically on or about the dates set forth below, within the State and Eastern District of California, defendant Sandoval did knowingly execute and attempt to execute a material scheme and artifice to obtain the monies, funds, credits, assets, and other property owned by and under the custody and control of the federally insured financial institutions set forth below, via means of material false and fraudulent pretenses and representations, to wit, by the use of stolen and unauthorized checks, access devices, identification and financial information of others, and unauthorized federally insured financial institution accounts. Specifically, defendant SANDOVAL, working with persons known and unknown to the

Information                                                                                                           3

United States, conducted and attempted to conduct financial transactions to obtain cash, goods, and services at the expense of federally insured financial institutions, as set forth below:

| COUNT | DATE | AMOUNT | VICTIM | TRANSACTION DESCRIPTION |
|---|---|---|---|---|
| 7 | 1/30/17 through 3/22/17 | $3,250.00 | Comenity Capital Bank | After obtaining stolen U.S. Mail of victim Sara W., opened a Comenity Capital Bank line of credit for $3,000.00, and attempted to open a Comenity Capital Bank line of credit for additional $250.00, via unauthorized use of victim Sara W.'s identity information |
| 8 | 1/30/17 through 3/4/17 | $16,500.00 | Wells Fargo Bank | After researching DMV records on 1/30/17 relating to mail theft victim Lamoin S., opened a Wells Fargo Bank (WFB) line of credit for $15,000.00, account ending 1762, via unauthorized use of victim Lamoin S.' identity information, and thereafter deposited forged check #2229, drawn on the unauthorized victim WFB account ending 1762, into Sandoval's WFB account ending 9872 |
| 9 | 2/2/2017 through 2/15/17 | $4,200.00 | Comenity Capital Bank | After researching DMV records on 2/2/17 relating to mail theft victim Richard S., opened a Comenity Capital Bank line of credit for $3500.00, and attempted to open a Comenity Capital Bank line of credit for $150.00, and attempted to open a Comenity Capital Bank line of credit for additional $550.00, via unauthorized use of victim Richard S.' identity information |
| 10 | 2/2/17 through 3/6/17 | $22,750.26 | Bank of the West | After researching DMV records on 2/2/17 relating to victim Richard and Pamela S. (parents of victim Rodney O.) opened Bank of the West (BOW) account ending 4063 in the name of mail theft victim Rodney O., and thereafter deposited forged checks stolen from the U.S. Mail and withdrew and attempted to withdraw proceeds |
| 11 | 2/2/17 | $500 | Bank of America | After researching DMV records on 2/2/17 relating to victim Richard and Pamela S. (parents of victim Rodney O.) opened Bank of America (BofA) account ending 7317 in the name of mail theft victim Rodney O. |
| 12 | 2/16/17 through 4/24/17 | $ 4171.45 | Wells Fargo Bank | After researching DMV records on 2/16/17 relating to mail theft victim Mark K., opened WFB accounts ending 4938 and 2135, and thereafter made deposits including forged and altered checks, obtained cash including via wire transfers, and made charges |
| 13 | 2/12/17 through 5/27/17 | $ 3297.00 | BofI Federal Bank | After obtaining stolen US Mail of victim Joshua D. and Pamela D., used identity and financial information to add victim Joshua D. to BofI Federal Bank account ending 6034 for unauthorized deposit of tax refunds of Joshua D. and Pamela D. |

Each in violation of Title 18, United States Code, Sections 2, 1344(1) and (2).

COUNT FOURTEEN:        [18 U.S.C. § 2, 1708 – Possession of Stolen U.S. Mail]

The United States further charges:  T H A T

SARAH LARAY SANDOVAL,

defendant herein, from on or about December 2016 through on or about June 2, 2017, in the State and Eastern District of California, working with persons known and unknown to the United States, did knowingly possess U.S. Mail of victims Richard S., Pamela S., Rodney O., Angie W., Hector M., Thanh N., Sean B., Vera J., Judith P., David M., Dorothy M., Araceli A., Debra B., Robert B., Arlan C., Cole G., Robert G., Karen G., Jacqueline H., Heath H., Janice M., Kaytee M., Robert M., Gabriel M., Neoma O., Ana V., D'nette W., Warren W., Karen H., Buena S., Last Day's Harvest M., Jim S., Laura W., and Jason D, which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, and aid and abet such possession, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Sections 2, 1708.

COUNTS FIFTEEN AND SIXTEEN:        [18 U.S.C. § 2, 1028A(a)(1) - Aggravated Identity Theft]

The United States further charges:  T H A T

SARAH LARAY SANDOVAL,

defendant herein, from on or about December 2016 through on or about June 2, 2017, in the State and Eastern District of California, working with persons known and unknown to the United States, did knowingly possess and use, without lawful authority, a means of identification of another, that is, the name, date of birth, address, driver's license number, and SSN, and did knowingly aid and abet such, during and in relation to a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit; mail fraud in violation of 18 U.S.C. § 2, 1341, as charged in Counts 1,4, and 5, and bank fraud and attempted bank fraud in violation of 18 U.S.C. § 2, 1344(1) and (2), as charged in Counts 7,10, and 11, and as set forth more fully below:

| COUNT | TRANSACTION DESCRIPTION |
|---|---|
| 15 | Posing as victim Sara W. and using her name, signature, and SSN to open accounts, including a Comenity Capital Bank $3,000.00 line of credit, account ending 9766. |
| 16 | Posing as victim Rodney O. and using his name, signature, and SSN to open accounts, including at Bank of the West, ending 4063, and Bank of America, ending 7317. |

Each in violation of Title 18, United States Code, Sections 2, 1028A(a)(1).

1  <u>COUNT SEVENTEEN</u>:        [18 U.S.C. § 2, 1029(a)(3) – Possess Fifteen or More Access Devices]

2  The United States further charges: T H A T

3  SARAH LARAY SANDOVAL,

4  defendant herein, from on or about December 2016 through on or about June 2, 2017, in the State and

5  Eastern District of California, working with persons known and unknown to the United States, did

6  knowingly and with intent to defraud possess 15 or more unauthorized access devices, such conduct

7  having an effect on interstate commerce, in violation of Title 18, United States Code, Sections 2,

8  1029(a)(3).

10  Dated: April 27, 2018

McGREGOR W. SCOTT
United States Attorney

Michelle Rodriguez
Assistant U.S. Attorney

Information                                                                                                              6

<u>United States v. Sarah Laray Sandoval</u>
**Penalties for Information**

**Defendant**

**SARAH LARAY SANDOVAL**

**COUNTS 1-6:**
VIOLATION:   18 U.S.C. § 2, 1341 – Mail Fraud

PENALTIES:   Not more than 30 years imprisonment; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

**COUNTS 7-13:**
VIOLATION:   18 U.S.C. §§ 2, 1344(1) and 1344(2) – Bank Fraud and Attempted Bank Fraud

PENALTIES:   Not more than 30 years imprisonment; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

**COUNT 14:**
VIOLATION:   18 U.S.C. §§ 2, 1708 – Possession of Stolen US Mail

PENALTIES:   Up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release up to 3 years

**COUNTS 15 - 16:**
VIOLATION:   18 U.S.C. § 2, 1028A(a)(1) – Aggravated Identity Theft

PENALTIES:   Mandatory Minimum of 2 years imprisonment
Consecutive to sentence imposed on counts 1-14; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 1 year

**COUNT 17:**
VIOLATION:   18 U.S.C. § 1029(a)(3) –Unlawful Possession of fifteen or More unauthorized access devises

PENALTIES:   Not more than 15 years imprisonment
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)