HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
SARAH LARAY SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-0088 TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO VACATE PRELIMINARY HEARING** |
| v. | ) **AND SET ARRAIGNMENT** |
| | ) |
| SARAH LARAY SANDOVAL, | ) Date: May 17, 2018 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Allison Claire |
| | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Sarah Laray Sandoval, through her attorney Noa E. Oren, Assistant Federal Defender, hereby stipulate to vacate the preliminary hearing set for May 17, 2018 and set the matter for arraignment on May 2, 2018, at 2:00 p.m. before the Magistrate Judge on duty.

The parties have excluded time through May 17, 2018 under the Speedy Trial Act and submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Stipulation and Order to Set Arraignment        -1-

Respectfully submitted,

Dated: April 27, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for SARAH LARAY SANDOVAL

Dated: April 27, 2018  MCGREGOR W. SCOTT
United States Attorney

*/s/ Michelle Rodriguez*
MICHELL RODRIGUEZ
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE is shown that the preliminary hearing is vacated and the matter is set for arraignment on May 2, 2018 at 2:00 p.m. before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE