**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
**(916) 498-5700 Fax: (916) 498-5710**

Heather E. Williams                                                                                     Benjamin D. Galloway
*Federal Defender*                                                                                    *Chief Federal Assistant Defender*

# MEMORANDUM

Date:     July 10, 2018

To:        Michele Krueger, Courtroom Deputy to
              Hon. Troy L. Nunley

From     Lisa M. Kennison. Assistant Paralegal to
              Noa Oren, Assistant Federal Defender

Subject  *United States v. Sarah Sandoval*
              Case No. 2:18-cr-088 TLN

    The parties request that the Judgment & Sentencing be advanced from July 26, 2018 to **July 19, 2018 at 10:00 a.m**. in the above-referenced matter. Assistant United States Attorney, Michelle Rodriguez, and Probation Officer, Julie Besabe, have no objection to this request.

    Please contact me with any concerns.

/lmk