HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
SARAH LARAY SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00088 TLN |
|---|---|
| Plaintiff, | ) **SANDOVAL SENTENCING** |
| v. | ) **MEMORANDUM** |
| SARAH LARAY SANDOVAL, | ) Date: July 19, 2018 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

**I. INTRODUCTION.**

Sarah Laray Sandoval pled guilty to violating 18 U.S.C. §§ 1344 (1) and (2) and 1028(A)(a)(1). She will appear before the Court for sentencing on July 19, 2018. The Probation Officer recommends a sentence of 39 months, the low end of her guidelines, to reflect the seriousness of the offense and provide Ms. Sandoval with needed substance abuse treatment. (PSR p.20) Ms. Sandoval and Assistant United States Attorney Michelle Rodriguez respectfully join in this request for a sentence of 39 months. That sentence is sufficient but not greater than necessary to address the goals of sentencing set forth in 18 U.S.C. § 3553(a).

A sentence of 39 months adequately accounts for the fact that this behavior is completely out of character for Ms. Sandoval. Ms. Sandoval was a productive member of society who was a source of support and extraordinary generosity to her friends and children. She worked at DMV for seventeen years and raised four kids, two of whom are in college. Her best friend describes

how she "always worked hard, long hours, overtime and if necessary more than 1 job to provide for her children." (Doc. 21-2, p. 5) Ms. Sandoval's mother describes her as a woman who put her family and kids first. (Doc. 21-2, p.1) Her sister notes how she spent every holiday at Ms. Sandoval's house as well as how Ms. Sandoval opened her home to those in need and stood by her as she gave birth to her son. (Doc. 21-2, p.3-4) Her best friend describes how Ms. Sandoval modified her work schedule so that she could assist her best friend, a single mother with few resources, with child care. (Doc. 21-2, p.5) Ms. Sandoval is an extraordinarily kind and wonderful person.

Unfortunately for Ms. Sandoval, Mr. Anthony Zamorron, her codefendant, and ex-boyfriend introduced her to methamphetamine. Since she met Mr. Zamorron in 2016, Ms. Sandoval has lost everything. Her separation from her children is the hardest on her but she has lost her job, her home, her entire life savings, and retirement in a span of approximately 18 months. A sentence of 39 months more than adequately reflects the harm she has done and for which she is deeply remorseful. The sentence allows her to complete the RDAP program as recommended by Probation.

Ms. Sandoval respectfully requests that the Court sentence her to 39 months with the Court's strong recommendation that she participate in RDAP and be placed at Dublin, insofar as this accords with her security classification.

Respectfully submitted,

Dated: July 12, 2018        HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Noa E. Oren*
                            NOA E. OREN
                            Assistant Federal Defender
                            Attorney for SARAH LARAY SANDOVAL