IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARAH LARAY SANDOVAL, ) <br> ) <br> Defendant. ) <br> ) | No. 2:18-cr-00088-TLN <br><br> **NOTICE OF RELATED CASE ORDER** |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY ANDREW ZAMARRON, ) <br> ) <br> Defendant. ) <br> ) | No. 2:18-cr-00204-MCE |

Examination of the above-captioned matters reveals that the actions are related within the meaning of Local Rule 123(a) and (c). Since the latter action, Cr 18-204 arises from a similar alleged fact pattern, scheme, aiding and abetting actions, and course of criminal conduct, under Local Rule 123(a) and (c), it shall be related to the earlier action, Cr 18-088. The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123(a) and (c) merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED as follows: (1) the action CR. S-18-204 is assigned to U.S. District Court Judge Nunley for all further proceedings, (2) CR. S-18-204 shall be related to case CR. S-18-088 (and henceforth the caption on documents filed in the cases shall show the initials "TLN"), (3) the clerk of the Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment; and, (4) the clerk of the Court shall SET CR NO. 18-204-TLN on the October 11, 2018, calendar at 9:30 a.m. in Courtroom 2 before District Court Judge Nunley for further proceedings.

IT IS SO ORDERED.

Dated: October 5, 2018

_____
Troy L. Nunley
United States District Judge